1   KAREN S. FRANK (No. 130887)
    SIMON J. FRANKEL (No. 171552)
2   HOWARD RICE NEMEROVSKI CANADY
          FALK & RABKIN
3   A Professional Corporation
    Three Embarcadero Center, 7th Floor
4   San Francisco, California  94111-4024
    Telephone:   415/434-1600
5   Facsimile:   415/217-5910

6   Attorneys for Plaintiffs
    BROADCAST MUSIC, INC., ET AL



**ORIGINAL**

7

8         UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10           SAN FRANCISCO DIVISION

11   BROADCAST MUSIC, INC.; WARNER-
    TAMERLANE PUBLISHING CORP.;
12   UNIVERSAL-SONGS OF POLYGRAM
    INTERNATIONAL, INC.; EMI VIRGIN SONGS,
13   INC. d/b/a EMI LONGITUDE MUSIC;
    SONY/ATV SONGS LLC; THE BERNARD
14   EDWARDS COMPANY, LLC; UNICHAPPELL
    MUSIC INC.; MAN WOMAN TOGETHER NOW
15   INC.; EMI BLACKWOOD INC.; JIMMY
    WILLIAM BUFFETT a/k/a JIMMY BUFFETT
16   d/b/a CORAL REEFER MUSIC; THOMAS J.
    COUCH, STEWART M. MADISON and GERALD
17   B. STEPHENSON, a partnership d/b/a MUSCLE
    SHOALS SOUND PUBLISHING CO., a division of
18   NORTHSIDE PARTNERS; ZELLA MUSIC, a
    division of UNIDISC MUSIC INC.; ABKCO
19   MUSIC, INC.; PRONTO MUSIC, a division of
    COTILLION MUSIC, INC.; QUINON R. IVY d/b/a
20   QUINVY MUSIC PUBLISHING CO.; YVONNE
    GIBB as Personal Representative of the Estate of
21   MAURICE ERNEST GIBB and ROBIN GIBB, a
    partnership d/b/a GIBB BROTHERS MUSIC;
22   BARRY ALAN GIBB d/b/a CROMPTON SONGS,

23           Plaintiffs,

24      v.

25   INNER CIRCLE ENTERTAINMENT III, LLC
    d/b/a SH BOOM and FRANK J. FINELLI,
26   individually and GEORGE KARPATY,
    individually,

27           Defendants.

28

No. **C 04 1394 EDL**

COMPLAINT FOR
COPYRIGHT INFRINGEMENT

1    Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

2

3                          **JURISDICTION AND VENUE**

4        1.    This is a suit for copyright infringement under the United States Copyright Act of

5    1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act").   This Court has

6    jurisdiction pursuant to 28 U.S.C. Section 1338(a).

7        2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

8

9                              **THE PARTIES**

10        3.    Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing

11    under the laws of the State of New York.   BMI's principal place of business is 320 West

12    57th Street, New York, New York 10019.   BMI has been granted the right to license the

13    public performance rights in approximately 4.5 million copyrighted musical compositions

14    (the "BMI repertoire"), including those which are alleged herein to have been infringed.

15        4.    The other Plaintiff's are the owners of the copyrights in the musical compositions

16    which are the subject of this lawsuit.   All Plaintiffs are joined pursuant to Fed. R. Civ. P.

17    17(a) and 19(a).

18        5.    Upon information and belief, Defendant Inner Circle Entertainment III, LLC is a

19    limited liability company organized and existing under the laws of the state of California,

20    with its offices located at 10 Jackson Street, Suite 102, Los Gatos, California 95032, and

21    which operates, maintains and controls an establishment known as Sh Boom, located at 4825

22    Hopyard Road F #10, Pleasanton, California 94588, in this district.   In connection with this

23    business, Defendants perform musical compositions and/or cause musical compositions to

24    be publicly performed.

25        6.    Upon information and belief, Defendants Frank J. Finelli and George Karpaty are

26    managers of Defendant Inner Circle Entertainment III, LLC with primary responsibility for

27    the operation and management of that limited liability company.

28        7.    Upon information and belief, Defendants Frank J. Finelli and George Karpaty

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1    have the right and ability to supervise the activities of Defendant Inner Circle Entertainment
2    III, LLC and a direct financial interest in that limited liability company.

3

4                    **CLAIMS OF COPYRIGHT INFRINGEMENT**

5        8.    Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1
6    through 7.

7        9.    Plaintiffs allege twelve (12) claims of copyright infringement, based upon
8    Defendants' unauthorized public performance of musical compositions from the BMI
9    repertoire.   All of the claims for copyright infringement joined in this Complaint are
10   governed by the same legal rules and involve similar facts.   Joinder of these claims will
11   promote the convenient administration of justice and will avoid a multiplicity of separate,
12   similar actions against Defendants.

13       10.   Annexed as the Schedule and incorporated herein as Exhibit A is a list identifying
14   some of the many musical compositions whose copyrights were infringed by Defendants.
15   The Schedule contains information on the twelve (12) claims of copyright infringement at
16   issue in this action.   Each numbered claim has the following eight lines of information:
17   Line 1 providing the claim number; Line 2 listing the title of the musical composition related
18   to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the
19   publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim
20   at issue; Line 5 providing the date on which the copyright registration was issued for the
21   musical composition; Line 6 indicating the Registration number(s); Line 7 showing the
22   date(s) of infringement; and Line 8 identifying the name of the establishment where the
23   infringement occurred (all references to "Lines" are to lines on the Schedule).

24       11.   Each of the musical compositions identified on the Schedule, Line 2, was created
25   by the persons named on Line 3.

26       12.   On or about the dates indicated on Line 5, the publishers named on Line 4
27   (including any predecessors in interest), complied in all respects with the requirements of the
28   Copyright Act and received from the Register of Copyrights Certificates of Registration

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

bearing the numbers listed on Line 6.

13.   On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2.   On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

14.   On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Sh Boom without a license or permission to do so.   Thus, Defendants have committed copyright infringement.

15.   Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of Sh Boom, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

16.   The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.   By continuing to provide unauthorized public performances of works in the BMI repertoire at Sh Boom, Defendants threaten to continue committing copyright infringement.   Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.


HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(1)   Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(2)   Defendants be ordered to pay statutory damages per each claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(3)   Defendants be ordered to pay costs, including a reasonable attorney's fee,

1    pursuant to 17 U.S.C. Section 505; and

2         (4)    That Plaintiffs have such other and further relief as is just and equitable.

3

4    DATED:  April 9, 2004.

5                                      KAREN S. FRANK
                                       SIMON J. FRANKEL
6                                      HOWARD RICE NEMEROVSKI CANADY
                                            FALK & RABKIN
7                                      A Professional Corporation

8
                                       By: _Karen S. Frank_____
9                                              KAREN S. FRANK
                                       Attorneys for Plaintiffs BROADCAST MUSIC,
10                                     INC., ET AL.

11

12

13
HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN        14
A Professional Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that the following persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

| | | |
|---|---|---|
| 1. | Abkco Music, Inc. | Abkco Music & Records Inc. |
| 2. | EMI Blackwood Music Inc. | Screen Gems-EMI Music Inc. |
| 3. | EMI Longitude Music | Screen Gems-EMI Music Inc. |
| 4. | Pronto Music | Warner/Chappell Music, Inc. |
| 5. | Sony/ATV Songs LLC | Sony Corporation of America |
| 6. | Unichappell Music Inc. | Warner/Chappell Music, Inc. |
| 7. | Universal-Songs of Polygram International, Inc. | Vivendi Universal Entertainment LLLP |
| 8. | Warner-Tamerlane Publishing Corp. | Warner Bros. Inc. |

DATED: April 9, 2004.

KAREN S. FRANK
SIMON J. FRANKEL
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _Karen S. Frank_
        KAREN S. FRANK
Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.

WD 040604/1-1575509/1142053/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

**EXHIBIT A**

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Ain't No Stoppin' Us Now |
| Line 3 | Writer(s) | John Whitehead; Gene McFadden; Jerry Cohen |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/2/79    6/13/79 |
| Line 6 | Registration No(s). | PAu 94-303  PA 47-091 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

---

| Line 1 | Claim No. | 3 |
|--------|-----------|---|
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/12/75    6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

| Line 1 | Claim No. | 4 |
|--------|-----------|---|
| Line 2 | Musical Composition | Good Times AKA Rappers' Delight |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company, L.L.C. |
| Line 5 | Date(s) of Registration | 6/27/79    6/16/81 |
| Line 6 | Registration No(s). | PA 37-207   PA 108-303 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

| Line 1 | Claim No. | 5 |
|--------|-----------|---|
| Line 2 | Musical Composition | Have You Seen Her |
| Line 3 | Writer(s) | Eugene Record; Barbara Acklin |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 7/30/71    1/31/81 |
| Line 6 | Registration No(s). | Eu 268862   PA 93-784 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Love Shack |
| Line 3 | Writer(s) | Catherine Pierson a/k/a Kate Pierson; Frederick Schneider a/k/a Fred Schneider; Keith Strickland a/k/a Julian K. Strickland; Cindy Wilson a/k/a Cynthia L. Wilson |
| Line 4 | Publisher Plaintiff(s) | Man Woman Together Now Inc.; EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 8/1/89 |
| Line 6 | Registration No(s). | PA 448-774 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Margaritaville |
| Line 3 | Writer(s) | James William Buffett a/k/a Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James William Buffett a/k/a Jimmy Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 2/14/77    2/22/80 |
| Line 6 | Registration No(s). | Eu 763463    PA 59-700 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | Old Time Rock And Roll a/k/a Old Time Rock 'N Roll |
| Line 3 | Writer(s) | George Jackson; Thomas E. Jones, III |
| Line 4 | Publisher Plaintiff(s) | Thomas J. Couch, Stewart M. Madison and Gerald B. Stephenson, a partnership d/b/a Muscle Shoals Sound Publishing Co., a division of Northside Partners |
| Line 5 | Date(s) of Registration | 11/11/77 |
| Line 6 | Registration No(s). | Ep 375950 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

| | | | | |
|---|---|---|---|---|
| Line 1 | Claim No. | 9 | | |
| Line 2 | Musical Composition | Shame | | |
| Line 3 | Writer(s) | John H. Fitch; Reuben Cross | | |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc.; Zella Music, a division of Unidisc Music Inc. | | |
| Line 5 | Date(s) of Registration | 7/28/77 | | |
| Line 6 | Registration No(s). | Ep 372766 | | |
| Line 7 | Date(s) of Infringement | 1/4/03 | | |
| Line 8 | Place of Infringement | Sh Boom | | |

---

| | | | | |
|---|---|---|---|---|
| Line 1 | Claim No. | 10 | | |
| Line 2 | Musical Composition | Twisting The Night Away a/k/a Twistin' The Night Away | | |
| Line 3 | Writer(s) | Sam Cooke | | |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. | | |
| Line 5 | Date(s) of Registration | 3/15/90 | 3/9/62 | 1/4/62 |
| Line 6 | Registration No(s). | RE 475-433 | Ep 161274 | Eu 701315 |
| Line 7 | Date(s) of Infringement | 1/4/03 | | |
| Line 8 | Place of Infringement | Sh Boom | | |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | When A Man Loves A Woman |
| Line 3 | Writer(s) | Calvin Lewis; Andrew Wright |
| Line 4 | Publisher Plaintiff(s) | Pronto Music, a division of Cotillion Music, Inc.; Quinon R. Ivy d/b/a Quinvy Music Publishing Co. |
| Line 5 | Date(s) of Registration | 5/9/66 |
| Line 6 | Registration No(s). | Ep 216641 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | You Should Be Dancing |
| Line 3 | Writer(s) | Barry Gibb; Maurice Gibb; Robin Gibb |
| Line 4 | Publisher Plaintiff(s) | Yvonne Gibb as Personal Representative of the Estate of Maurice Ernest Gibb and Robin Gibb, a partnership d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 7/21/76   5/31/77   3/19/84   3/19/84 |
| Line 6 | Registration No(s). | Eu 701122   Ep 369588  PAu 618-260 PA 209-608 |
| Line 7 | Date(s) of Infringement | 1/4/03 |
| Line 8 | Place of Infringement | Sh Boom |