1  KAREN S. FRANK (No. 130887)
   SIMON J. FRANKEL (No. 171552)
2  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:    415/434-1600
5  Facsimile:    415/217-5910

6  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC., ET AL
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  BROADCAST MUSIC, INC.; WARNER-            No. C 04 1394 EDL
    TAMERLANE PUBLISHING CORP.;
12  UNIVERSAL-SONGS OF POLYGRAM               Action Filed:  April 9, 2004
    INTERNATIONAL, INC.; EMI VIRGIN SONGS,
13  INC. d/b/a EMI LONGITUDE MUSIC;           STIPULATION FOR
    SONY/ATV SONGS LLC; THE BERNARD           VOLUNTARY DISMISSAL
14  EDWARDS COMPANY, LLC; UNICHAPPELL
    MUSIC INC.; MAN WOMAN TOGETHER NOW
15  INC.; EMI BLACKWOOD INC.; JIMMY
    WILLIAM BUFFETT a/k/a JIMMY BUFFETT
16  d/b/a CORAL REEFER MUSIC; THOMAS J.
    COUCH, STEWART M. MADISON and GERALD
17  B. STEPHENSON, a partnership d/b/a MUSCLE
    SHOALS SOUND PUBLISHING CO., a division of
18  NORTHSIDE PARTNERS; ZELLA MUSIC, a
    division of UNIDISC MUSIC INC.; ABKCO
19  MUSIC, INC.; PRONTO MUSIC, a division of
    COTILLION MUSIC, INC.; QUINON R. IVY d/b/a
20  QUINVY MUSIC PUBLISHING CO.; YVONNE
    GIBB as Personal Representative of the Estate of
21  MAURICE ERNEST GIBB and ROBIN GIBB, a
    partnership d/b/a GIBB BROTHERS MUSIC;
22  BARRY ALAN GIBB d/b/a CROMPTON SONGS,

23                    Plaintiffs,

24       v.

25  INNER CIRCLE ENTERTAINMENT III, LLC
    d/b/a SH BOOM and FRANK J. FINELLI,
26  individually and GEORGE KARPATY,
    individually,
27
                     Defendants.
28

STIPULATION FOR VOLUNTARY DISMISSAL                    C 04 1394 EDL
-1-

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Broadcast Music, Inc. et al. and Inner Circle Entertainment III, LLC d/b/a SH Boom, Frank J. Finelli and George Karpaty, by and through their respective counsel, hereby agree and stipulate to the dismissal, without prejudice, of this action, including all claims, pursuant to the parties' settlement.  Each party shall bear its own costs and attorneys fees.

DATED: July __, 2004.

    KAREN S. FRANK
    SIMON J. FRANKEL
    HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
    A Professional Corporation

By: _____
        KAREN S. FRANK
Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.

DATED: July __, 2004.

By: _____
        MATTHEW KUMIN
Attorney for Defendants INNER CIRCLE ENTERTAINMENT III, LLC d/b/a SH BOOM and FRANK J. FINELLI, individually and GEORGE KARPATY, individually

WD 071304/1-157550009/1160950/v1

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On July 19, 2004, I served the following document(s) described as STIPULATION FOR VOLUNTARY DISMISSAL on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

Matthew W. Kumin
221 Pine St, Ste. 600
San Francisco, CA 94104-2705

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 19, 2004.

Cindy N. Powers