1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff
2  Broadcast Music, Inc. et al. and Inner Circle Entertainment III, LLC d/b/a SH Boom, Frank J.
3  Finelli and George Karpaty, by and through their respective counsel, hereby agree and
4  stipulate to the dismissal, without prejudice, of this action, including all claims, pursuant to
5  the parties' settlement. Each party shall bear its own costs and attorneys fees.

7  DATED: July __, 2004.

KAREN S. FRANK
SIMON J. FRANKEL
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
        KAREN S. FRANK
Attorneys for Plaintiffs BROADCAST MUSIC,
INC., ET AL.

16  DATED: July 19, 2004.

By: _____
        MATTHEW KUMIN
Attorney for Defendants INNER CIRCLE
ENTERTAINMENT III, LLC d/b/a SH BOOM and
FRANK J. FINELLI, individually and GEORGE
KARPATY, individually

WD 071304/1-157550009/1160950/v1

STIPULATION FOR VOLUNTARY DISMISSAL                C 04 1394 EDL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Broadcast Music, Inc. et al. and Inner Circle Entertainment III, LLC d/b/a SH Boom, Frank J. Finelli and George Karpaty, by and through their respective counsel, hereby agree and stipulate to the dismissal, without prejudice, of this action, including all claims, pursuant to the parties' settlement. Each party shall bear its own costs and attorneys fees.

DATED: July 19, 2004.

KAREN S. FRANK
SIMON J. FRANKEL
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: /s/ Karen S. Frank
       KAREN S. FRANK
Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.

DATED: July __, 2004.

By: _____
       MATTHEW KUMIN
Attorney for Defendants INNER CIRCLE ENTERTAINMENT III, LLC d/b/a SH BOOM and FRANK J. FINELLI, individually and GEORGE KARPATY, individually

WD 071304/1-157550009/1160950/v1